LAMSON DUGAN & MURRAY LLP
ATTORNEYS AT LAW

October 14, 2026

**VIA CM/ECF**

Maureen W. Gornik, Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
111 South 10th Street
St. Louis, MO 63102

RE: *Noah Petersen v. City of Newton, Iowa, et al.*
Appeal No. 26-1508

Dear Ms. Gornik:

In response to the Court's request for conflicts regarding oral argument, counsel for Appellants Michael Hansen, Rob Burdess, and City of Newton, Iowa, is unavailable as follows:

| **Session** | **Dates Unavailable** |
|---|---|
| October 19-23, 2026 | Not available all dates |
| November 16-20, 2026 | Not available all dates |
| February 8-12, 2026 | Not available all dates |

Counsel is presently available for the following dates:

| **Session** | **Dates Available** |
|---|---|
| November 17, 2026 | No conflicts |
| December 14-18, 2026 | No Conflicts |
| January 11-15, 2026 | No conflicts |
| March 15-19, 2026 | No conflicts |


Appellate Case: 26-1508 Page: 1 Date Filed: 10/14/2026 Entry ID: 5694599

| | |
|---|---|
| April 12-16, 2026 | No conflicts |
| May 10-14, 2026 | No conflicts |
| June 7-11, 2026 | No conflicts |

In the event there are any changes to the above, I will apprise the Clerk's office.

Sincerely,

LAMSON DUGAN & MURRAY LLP

*Jason C. Palmer, Partner*
*jpalmer@ldmlaw.com*
FOR THE FIRM

Cc (via CM/ECF): Jason Palmer
Cathy Trent-Vilim
ATTORNEYS FOR APPELLANTS

Brian Morris
Gina Messamer
ATTORNEYS FOR APPELLEE

4897-6134-5241, v. 1